IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MELIK HARVEY, | : | |
| Plaintiff | : | |
| VS. | : | |
| ALLEN V. EDWARDS, *et al.*, | : | NO. 5:03-CV-26 (CWH) |
| Defendants | : | <u>O R D E R</u> |

On August 18, 2005, this Court issued an order granting defendants' motion for summary judgment (Tab # 29). Thereafter, on September 8, 2005, plaintiff filed a notice of appeal from the Court's order. The Eleventh Circuit Court of Appeals subsequently dismissed plaintiff's appeal on or about October 5, 2005, for failure to pay the $250 docketing and $5 filing fees (Tab # 34). Plaintiff has now filed a motion to proceed *in forma pauperis* on appeal (Tab # 36). After reviewing the record, the Court certifies that an appeal from its order granting summary judgment cannot be taken in good faith. 28 U.S.C. § 1915(a)(3). Accordingly, having been carefully considered, plaintiff's motion to proceed *in forma pauperis* on appeal is hereby **DENIED**.

If plaintiff wishes to proceed with his appeal, he must pay the entire $255.00 appellate filing fee. Because plaintiff has stated that he cannot pay the $255.00 immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to section 1915(b), the prison account custodian where plaintiff is incarcerated shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to plaintiff's account until the $255.00 appellate filing fee has been paid in full. Twenty percent of any deposits into the prisoner's

account shall be withheld by the prison account custodian who, on a monthly basis, shall forward the amount withheld from the prisoner's account to the Clerk of this Court each time the amount in the account exceeds $10.00 until the total filing fee of $255.00 has been paid. Checks should be made payable to "Clerk, U.S. District Court."

A copy of this order shall be served upon plaintiff's prison account custodian.

SO ORDERED AND DIRECTED, this 25th day of NOVEMBER, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE